JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PROCESSSERVER.WORLD, LLC, a limited liability company,<br><br>    Plaintiff,<br><br>        v.<br><br>NATIONWIDE LEGAL, LLC; ASAP LEGAL, LLC; I DISCOVER LLC; HOOMAN DAVOODI, an individual; JOE CAAMAL, an individual; LUIS FERNANDEZ, an individual; VICTOR ROMO, an individual; LOUIS MARTINEZ, an individual; BITA IMANI, an individual,<br><br>    Defendant. | Case No.2:21-cv-09184-JFW-PLAx<br><br>Case filed:     November 23, 2021<br>Trial Date:     March 14, 2023<br><br>**ORDER DISMISS ACTION WITHOUT PREJUDICE** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice; and,

2. The Court shall not award costs or attorneys' fees to either side for this action, such that the plaintiff shall bear its own costs and attorneys' fees, and the defendants, taken together, shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 14, 2022

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1